IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| BARBARA ANN WHALEY, | ) | |
| | ) | BK    21-30070 |
| Debtor. | ) | |
| | ) | |
| BARBARA ANN WHALEY, | ) | |
| | ) | |
| Objector, | ) | |
| and | ) | |
| | ) | |
| US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST, | ) ) ) | |
| | ) | |
| Creditor. | ) | |

## OBJECTION TO CLAIM #6-1

COMES NOW the Debtor, Barbara Whaley, by and through her attorneys, Law Office of Ronald A. Buch, L.L.C., and for her Objection to Claim states as follows:

1. On February 2, 2021, the Debtor filed for relief under Chapter 13 of the Bankruptcy Code.

2. On April 12, 2021, US Bank Trust National Association, as Trustee of the Igloo Series IV Trust filed Proof of Claim #6-1 in the amount of $77,935.56, which included a mortgage arrearage of $20,756.28.

3. That based on a review of the documentation attached to Proof of Claim #6-1, both the February, 2021 monthly payment and the March, 2021 limbo payment do not appear to be included in the mortgage arrearage amount of Proof of Claim #6-1.

4. The Debtor requests that Proof of Claim #6-1 be allowed in the amount of $77,935.56, which includes a mortgage arrearage of $21,952.01.

WHEREFORE, the Debtor prays this Court to enter an Order allowing Proof of Claim #6-1 in the amount of $77,935.56, which includes a mortgage arrearage of $21,952.01, and for such other relief as deemed appropriate.

BARBARA ANN WHALEY,

By: /s/ Ronald A. Buch
Ronald A. Buch #6209955
Kimberly D. Litherland #6299352
Law Office of Ronald A. Buch, LLC
Attorneys for Debtor
5312 West Main Street
Belleville, IL 62226
(618) 236-7000
belleville@tbcwam.com