# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| BARBARA ANN WHALEY, | ) | |
| | ) | BK    21-30070 |
| Debtor. | ) | |
| | ) | |
| BARBARA ANN WHALEY, | ) | |
| | ) | |
| Objector, | ) | |
| and | ) | |
| | ) | |
| US BANK TRUST NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE OF | ) | |
| THE IGLOO SERIES IV TRUST, | ) | |
| | ) | |
| Creditor. | ) | |

## NOTICE OF OBJECTION TO CLAIM

An objection to your claim has been filed this date, April 14, 2021, with the U.S. Bankruptcy Court at 750 Missouri Avenue, East St. Louis, Illinois. A copy is attached hereto.

Any response in opposition to the Objection to Claim must be filed with the Court within thirty (30) days of the date of this Notice or May 14, 2021, with a copy forwarded to Clerk of the U.S. Bankruptcy Court, 750 Missouri Avenue, East St. Louis, Illinois 62201 and mailed to the Law Office of Ronald A. Buch, L.L.C., Attorneys for Debtor, 5312 West Main Street, Belleville, Illinois 62226, and to the Chapter 13 Trustee, Russell C. Simon, 24 Bronze Pointe, Swansea, Illinois 62226.

If no response is filed, the Court will enter an order sustaining the objection and disallowing or modifying the claim without further notice to any party. If a response is filed, a hearing on the Objection to Claim hearing will be held at 9:00 a.m. on June 3, 2021, before the U.S. Bankruptcy Court at 750 Missouri Avenue, East St. Louis, Illinois. If a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order on the Objection. No further notice will issue.

**NOTICE OF ELECTRONIC FILING AND**
**CERTIFICATE OF SERVICE BY MAIL**

| | | | | |
|---|---|---|---|---|
| STATE OF ILLINOIS | ) | | BK | 21-30070 |
| | ) | SS | | |
| CITY OF BELLEVILLE | ) | | Chapter | 13 |

Jennifer Schweiger, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On April 14, 2021, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court the **Notice and Objection to Claim**.

The Deponent served electronically **Notice and Objection to Claim** to the following parties:

U.S. Trustee

Russell C. Simon

and served by mail to the following parties:

Barbara Whaley
1707 Jay Ave.
Belleville, IL 62226

**via certified mail**
US Bank Trust National Assoc., as
Trustee of the Igloo Series IV Trust
c/o Andy Cecere, President
100 Wall St., 16th Floor
New York, NY 10005

SN Servicing Corp.
323 5th St.
Eureka, CA 95501

Ghidotti Berger, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper first class mail, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Jennifer Schweiger