IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>BARBARA ANN WHALEY,<br><br>Debtor. | In Proceedings<br>under Chapter 13<br><br><br>Bk. No.: 21-30070 |

### TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and for his response to Debtor's Objection (Doc. 17) to Claim 6-1 filed on April 12, 2021 by US Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("Claim 6-1"), states as follows:

1. Debtor objects to Claim 6-1 on the grounds that the arrearage stated in Claim 6-1 does not include the February 2021 and the March 2021 payments due under the mortgage, which are required to be included in the arrearage portion of the claim pursuant to local court rules; Debtor requests that the Court allow Claim 6-1 with an increase of the arrearage amount to $21,952.01.

2. The Objection does not specify the amount of the arrearage increase attributable to each of the February 2021 payment and the March 2021 payment.

3. Should the Court sustain Debtor's Objection, the Trustee would be unable to administer the allowed claim, in that the Trustee cannot determine how much to pay on the March 2021 limbo payment and how much of the arrearage increase is attributable to the February 2021 payment.

WHEREFORE, the Trustee prays this Court for an Order denying the relief requested and for all other relief this Court deems just and equitable.

| | |
|---|---|
| Dated:  April 16, 2021 | /s/Russell C. Simon |

RUSSELL C. SIMON, Trustee
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified this 16th day of April, 2021, with the correct postage prepaid and deposited in the U.S. Mail.

Barbara Ann Whaley
1707 Jay Ave.
Belleville, IL 62226-6144

Ronald A. Buch
5312 W. Main St.
Belleville, IL 62226

US Bank Trust NA
c/o SN Servicing Corp.
323 5th St.
Eureka, CA 95501

/s/ Jeff