IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| BARBARA ANN WHALEY, | ) | |
| | ) | BK No: 21-30070 |
| Debtor. | ) | |

## **AGREED ORDER**

This parties announce to the Court that they have reached an agreement concerning the Trustee's Response to the Debtor's Objection to Claim #6-1 of US Bank Trust National Association, as Trustee of the Igloo Series IV Trust, the terms and conditions of which are as follows:

1. Proof of Claim #6-1 is allowed in the amount of $77,935.56, which includes a mortgage arrearage of $21,952.01.

2. The arrearage of $21,952.01 consists of the arrearage as listed in the Proof of Claim in the amount of $20,756.28, the February 2021 mortgage payment in the amount of $611.28 and the March 2021 limbo payment in the amount of $584.45.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: May 24, 2021

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/7

Agreed to:

/s/ Russell C. Simon                    /s/ Ronald A. Buch
Chapter 13 Trustee                      Debtor's Counsel